UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

EMILY SLOAN, et al.,

                       Plaintiff,

      -versus-                                      05 CV 7668 (KMK)

THE CITY OF NEW YORK, et al.

                       Defendants.

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James Mirro hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
         October 12, 2005

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the City of New York
                                      *For Defendant The City of New York*


                           By: _____/s/_____
                               James Mirro (JM 2265)
                               Special Assistant Corporation Counsel
                               Special Federal Litigation
                               100 Church Street, Room 3-137
                               New York, New York 10007
                               212.788.8026 (ph)
                               212.788.9776 (fax)

cc: All Parties (by ECF)