**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**Emily Sloan, et. al.,**

                         **Plaintiffs,**

      **-against-**

**The City of New York, et al.,**

                         **Defendants.**

                **NOTICE OF APPEARANCE**

                05 CV 7668

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
          October 14, 2005

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                                of the City of New York
                                            Attorney for Defendant The City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-8683

                                  By:    _____/s/_____
                                            Jay A. Kranis (JK2576)
                                            Senior Counsel
                                            Special Federal Litigation Division

To:    Jeffrey A. Rothman, Esq.(JR 0395)
        575 Madison Avenue, Suite 1006
        New York, NY 10022
        (212) 937-8450