UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EMILY SLOAN, CHRISTINA AIKMAN, JASON  )
PELSZYNSKI, WILLARD SCHULMEISTER III, )
MICHAEL SLADEK, ROBERT LESSER, and    )
STEVEN WEAVER,                        )
                                      )
                Plaintiffs,       )
                                      )   **PROOF OF SERVICE**
   -against-                         )
                                      )
THE CITY OF NEW YORK; ASSISTANT       )
POLICE CHIEF ANTONIO BOLOGNA, POLICE  )   **ECF CASE**
OFFICER KEITH MORSE, Shield No. 22766;)
POLICE OFFICER TIMOTHY CAI, Shield No.)   **05 Civ. 7668 (KMK) (JCF)**
2127; POLICE OFFICER VINCENT          )
FORTUNATO, Shield No. 23450; POLICE   )
OFFICER NEIL RODRIGUEZ, Shield No. 21015; )
POLICE OFFICER JEAN VERGIN, Shield No.)
09984; JOHN DOES; RICHARD ROES; HUDSON)
RIVER PARK TRUST,                     )
                                      )
                Defendants.       )
----------------------------------------------------------------X

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

      I, Jeffrey A. Rothman, being an attorney duly admitted to practice before this court and the courts of the State of New York, hereby affirm under the penalties of perjury:

      I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 575 Madison Avenue, Suite 1006; New York, New York, 10022.

      On September 23, 2005, approximately 12:10 p.m., at the New York City Law Department, 100 Church Street, New York, NY 10007, I served the Summons and Complaint upon the CITY OF NEW YORK, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Madelyne Santana, a process clerk authorized to accept service.

      On September 23, 2005, approximately 12:28 p.m., at the Hudson River Park Trust, Pier 40, West Street at W. Houston Street, New York, NY 10014, I served the Summons and Complaint upon the HUDSON RIVER PARK TRUST, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Laura A.

Blackman, Esq., Deputy Counsel, an attorney authorized to accept service.

On October 6, 2005, approximately 10:24 a.m., at the Patrol Borough Manhattan South Task Force, 524 W. 42nd Street, New York, NY 10036, I served the Summons and Complaint upon POLICE OFFICER KEITH MORSE, POLICE OFFICER TIMOTHY CAI, POLICE OFFICER VINCENT FORTUNATO, POLICE OFFICER NEIL RODRIGUEZ, and POLICE OFFICER JEAN VERGIN, defendants therein named, by personally delivering and leaving at their actual place of business with the Desk Officer, Police Officer Greenberg, Shield No. 2636, a person of suitable age and discretion, a true copy or copies of the aforementioned documents. On October 11, 2005, I then mailed a copy of the aforementioned documents to POLICE OFFICER KEITH MORSE, POLICE OFFICER TIMOTHY CAI, POLICE OFFICER VINCENT FORTUNATO, POLICE OFFICER NEIL RODRIGUEZ, and POLICE OFFICER JEAN VERGIN, defendants therein named, at the Patrol Borough Manhattan South Task Force, 524 W. 42nd Street, New York, NY 10036, their actual place of business, via first class mail, proper postage affixed to sealed envelopes bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

On October 6, 2005, approximately 1:11 p.m., at the NYPD 1st Precinct, 16 Ericsson Place, New York, NY 10013, I served the Summons and Complaint upon POLICE CAPTAIN ANTHONY BOLOGNA, a defendant therein named, by personally delivering and leaving at his actual place of business with Lieutenant Robert Polastro, a person of suitable age and discretion, a true copy or copies of the aforementioned documents. On October 11, 2005, I then mailed a copy of the aforementioned documents to POLICE CAPTAIN ANTHONY BOLOGNA, at the NYPD 1st Precinct, 16 Ericsson Place, New York, NY 10013, his actual place of business, via first class mail, proper postage affixed to sealed envelopes bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

October 11, 2005  _____/s/_____
                    Jeffrey A. Rothman, Esq.