UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SCHILLER, et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

Case No. 04-CV-7922 (KMK)(JCF)

AMENDED ORDER OF REFERRAL

KENNETH M. KARAS, District Judge:

The above entitled action along with the cases listed on Attachment A are referred to Magistrate Judge James C. Francis for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
All such motions:_____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        October 12, 2005

Kenneth M. Karas
United States District Judge

ATTACHMENT A

| CASE NAME | CASE NUMBER |
| --- | --- |
| *Schiller et al v. City of New York et al* | 04 Civ. 7922 |
| *MacNamara et al v. City of New York et al* | 04 Civ. 9216 (Class Action) |
| *Dudek v. City of New York et al* | 04 Civ. 10178 |
| *Biddle et al v. The City of New York et al* | 05 Civ. 1570 |
| *Bunim et al v. The City of New York et al* | 05 Civ. 1562 |
| *Kalra et al v. The City of New York et al* | 05 Civ. 1563 |
| *Ryan et al v. The City of New York et al* | 05 Civ. 1564 |
| *Garbini et al v. The City of New York et al* | 05 Civ. 1565 |
| *Greenwald et al v. The City of New York et al* | 05 Civ. 1566 |
| *Pickett et al v. The City of New York et al* | 05 Civ. 1567 |
| *Tremayne et al v. The City of New York et al* | 05 Civ. 1568 |
| *Williams et al v. The City of New York, et al* | 05 Civ. 1569 |
| *Moran et al v. The City of New York et al* | 05 Civ. 1571 |
| *Botbol et al v. The City of New York et al* | 05 Civ. 1572 |
| *Burns v. The City of New York et al* | 05 Civ. 1573 |
| *Kerns v. The City of New York et al* | 05 Civ. 1574 |
| *Winkelman v. City of New York et al* | 05 Civ. 2910 |
| *Rose v. City of New York et al* | 05 Civ. 2927 |
| *Black v. The City of New York et al* | 05 Civ. 3616 |
| *Bell v. The City of New York et al* | 05 Civ. 3705 |

| CASE NAME | CASE NUMBER |
| --- | --- |
| Marcavage v. The City of New York et al | 05 Civ. 4949 |
| Grosso et al v. The City of New York et al | 05 Civ. 5080 |
| Wroblewski v. The City of New York et al | 05 Civ. 5150 |
| Starin v. The City of New York et al | 05 Civ. 5152 |
| Meehan et al v. Stanich et al | 05 Civ. 5268 |
| Lee v. The City of New York et al | 05 Civ. 5528 |
| Haber v. The City of New York et al | 05 Civ. 6193 |
| Cohen v. The City of New York et al | 05 Civ. 6780 |
| Anderson v. City of New York | 05 Civ. 6918 |
| Kornicke v. The City of New York | 05 Civ. 7025 |
| Hershey Civ. Wilson v. The City of New York et al | 05 Civ. 7026 |
| Terian v. The City of New York et al | 05 Civ. 7536 |
| Pagoda v. John Doe et al | 05 Civ. 7546 |
| Vallejo v. Dunn et al | 05 Civ. 7547 |
| Smith v. Gonzalez et al | 05 Civ. 7548 |
| The City of New York et al v Crotty et al | 05 Civ. 7577 |
| Stark et al v. The City of New York et al | 05 Civ. 7579 |
| LaLier et al v. The City of New York et al | 05 Civ. 7580 |
| Coburn v. City of New York et al | 05 Civ. 7623 |
| Phillips et al v. The City of New York et al | 05 Civ. 7624 |
| Oehl v. The City of New York et al | 05 Civ. 7625 |
| Jarick v. The City of New York et al | 05 Civ. 7626 |
| Bastidas et al v. The City of New York et al | 05 Civ. 7670 |

| CASE NAME | CASE NUMBER |
|---|---|
| *Sikelianos v. The City of New York et al* | 05 Civ. 7673 |
| *Creighton-v-Deckert* | 05 Civ 3478 |
| *Alberton-v- City* | 05 Civ 7692 |
| *Dinler-v City of New York* | 04 cv 7921 |
| *Sloan-v- The City of NY* | 05 cv 7668 |
| *Huffman v. The City* | 05 cv 7671 |
| *Galitzer v. The City* | 05 cv 7669 |
| *Carney v.The City* | 05 cv 7672 |