```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MICHAEL SCHILLER, FRANCESCA           :   04 Civ. 7922 (KMK) (JCF)
FIORENTINI, ROBERT CURLEY, and        :
NEAL CURLEY,                          :   DISCOVERY ORDER #2
                                      :
                Plaintiffs,           :
                                      :
      - against -                     :
                                      :
The CITY OF NEW YORK; RAYMOND         :
KELLY, Commissioner of the New        :
York City Police Department;          :
TERENCE MONAHAN, Assistant Chief      :
of the Bronx Bureau of the New        :
York City Police Department,          :
                                      :
                Defendants.           :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```



A pretrial conference having been held on November 9, 2006, it is hereby ORDERED as follows:

1. Counsel for any party seeking to take a deposition (the "Requesting Party") may serve a notice on counsel for the party to be deposed (the "Responding Party") at any time in advance of the deadline for doing so as set forth in the Case Management Order governing each individual action.

2. Within three weeks of receiving such a deposition notice, counsel shall agree on a deposition date from among those proposed by counsel for the Responding Party.

3. Each deposition shall be conducted within six weeks after counsel have agreed on a date.

4. When counsel for a plaintiff notices a deposition, that

attorney shall be responsible for notifying all other plaintiffs' counsel to determine whether they have an interest in participating in the deposition and shall arrange the deposition accordingly.

5. At least one week prior to any deposition, counsel for the Responding Party shall produce all requested documents relevant to the deponent's anticipated testimony that were not previously disclosed.

6. Absent exceptional circumstances, no deponent shall be required to appear for deposition more than one time.

7. All depositions will presumptively be limited to seven hours.

8. This order applies to, and shall be docketed in, all of the related cases, which are listed in attachment A. It does not govern the consolidated discovery concerning Monell issues.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          November 13, 2006


Copies mailed this date:

Christopher T. Dunn, Esq.
New York Civil Liberties Union
125 Broad Street, 17th Floor
New York, New York  10004

Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, New York 10006

Jonathan C. Moore, Esq.
Moore & Goodman, LLP
99 Park Avenue, Suite 1600
New York, New York 10016

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, New York 10022

Peter G. Farrell, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York  10007

**ATTACHMENT A**

04 Cv 7922 ( KMK) (JCF)
04 Cv 7921
04 Cv 9216
04 Cv 10178
05 Cv 1562
05 Cv 1563
05 Cv 1564
05 Cv 1565
05 Cv 1566
05 Cv 1567
05 Cv 1568
05 Cv 1569
05 Cv 1570
05 Cv 1571
05 Cv 1572
05 Cv 1573
05 Cv 1574
05 Cv 2910
05 Cv 3616
05 Cv 3705
05 Cv 4949
05 Cv 5080
05 Cv 5152
05 Cv 5268
05 Cv 5528
05 Cv 6780
05 Cv 7026
05 Cv 7541
05 Cv 7546
05 Cv 7547
05 Cv 7548
05 Cv 7575
05 Cv 7576
05 Cv 7577
05 Cv 7579
05 Cv 7580
05 Cv 7623
05 Cv 7624
05 Cv 7626
05 Cv 7628
05 Cv 7668
05 Cv 7669
05 Cv 7670
05 Cv 7672
05 Cv 7673
Continued on page 5

05 Cv 7692  
05 Cv 7789  
05 Cv 8434  
05 Cv 8453  
05 Cv 8483  
05 Cv 8501  
05 Cv 8562  
05 Cv 8955  
05 Cv 9483  
05 Cv 9484  
05 Cv 9737  
05 Cv 9738  
05 Cv 9740  
05 Cv 9881  
05 Cv 9882  
05 Cv 9884  
05 Cv 9885  
05 Cv 9887  
05 Cv 9901  
05 Cv 9930  
05 Cv 9940  
05 Cv 9974  
05 Cv 9985  
05 Cv 9987  
05 Cv 9990  
05 Cv 9999  
05 Cv 9993  
05 Cv 10010  
05 Cv 10012  
05 Cv 10016  
05 Cv 10024  
06 Cv 0362  
06 Cv 0433  
06 Cv 1779  
06 Cv 2041  
06 Cv 2270