

## MEMO ENDORSED

**Jeffrey A. Rothman**
Attorney at Law
575 Madison Avenue, Suite 1006
New York, NY 10022
Tel.: (212) 348-9833; (212) 937-8450
Cell: (516) 455-6873
Fax: (212) 591-6343
jrothman@alumni.law.upenn.edu

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/06
```

November 17, 2006

By Hand
The Honorable James C. Francis IV
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street – Room 1960
New York, NY 10007

> Re:  *Phillips, et al. v. City of New York, et al.* 05 Civ. 7624 (KMK) (JCF);
> *Coburn, et al. v. City of New York, et al.,* 05 Civ. 7623 (KMK) (JCF);
> *Sloan, et al. v. City of New York, et al.,* 05 Civ. 7668 (KMK) (JCF);
> *Galitzer v. City of New York, et al.,* 05 Civ. 7669 (KMK) (JCF);
> *Bastidas, et al. v. City of New York, et al.,* 05 Civ. 7670 (KMK) (JCF);
> *Carney, et al. v. City of New York, et al.,* 05 Civ. 7672 (KMK) (JCF);
> *Sikelianos v. City of New York, et al.,* 05 Civ. 7673(KMK) (JCF);
> *Jarick v. City of New York, et al.,* 05 Civ. 7626 (KMK) (JCF);

*Please Docket in all cases*

Dear Judge Francis:

I write to respectfully request, jointly with counsel for defendants, an additional extension of 3 months on all remaining deadlines pursuant to the Case Management Orders in the above-captioned RNC cases. Pursuant to Your Honor's Discovery Order #2 of November 13, 2006, the parties are in the process of setting up dates for the depositions of twenty-seven "Arresting Officers" over the course of the next several months in the above-captioned cases. In addition to these, a significant number of Commanding Officer depositions, and depositions of officials of the Hudson River Park Trust, will need to be scheduled in the above-captioned cases, in conjunction with the resolution of other discovery issues associated therewith.

This is the parties' third joint request for an extension of the Case Management Orders in the above-captioned cases.

Respectfully submitted,

Jeffrey Rothman

11/17/06
*Application granted as modified.*
*No further extensions.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*

cc:   James Mirro, Esq. (by email)
Fred Weiler, Esq. (by email)
Jeffrey Dougherty, Esq. (by email)
Curt Beck, Esq. (by email)