UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMILY SLOAN, CHRISTINA AIKMAN, JASON )
PELSZYNSKI, WILLARD SCHULMEISTER III, )
MICHAEL SLADEK, ROBERT LESSER, and )
STEVEN WEAVER, )
)
              Plaintiffs, )
) **NOTICE OF CHANGE**
  -against- ) **OF ADDRESS**
)
THE CITY OF NEW YORK; POLICE CAPTAIN )
ANTHONY BOLOGNA, POLICE OFFICER ) **ECF CASE**
KEITH MORSE, Shield No. 22766; POLICE )
OFFICER TIMOTHY CAI, Shield No. 2127; ) **05 Civ. 7668 (KMK) (JCF)**
POLICE OFFICER VINCENT FORTUNATO, )
Shield No. 23450; POLICE OFFICER NEIL )
RODRIGUEZ, Shield No. 21015; POLICE )
OFFICER JEAN VERGIN, Shield No. 09984; )
JOHN DOES; RICHARD ROES; HUDSON )
RIVER PARK TRUST, )
)
             Defendants. )
------------------------------------------------------------X

    PLEASE TAKE NOTICE that the address of counsel for plaintiffs has changed.

All correspondence concerning the above-captioned matter should be made to:

    Jeffrey A. Rothman
    Attorney at Law
    315 Broadway, Suite 200
    New York, NY 10007
    (212) 227-2980; Cell: (516) 455-6873
    Fax: (212) 591-6343

Dated: December 28, 2006
                            _____/S/_____
                            Jeffrey A. Rothman
                            Attorney at Law
                            315 Broadway, Suite 200
                            New York, NY 10007
                            (212) 227-2980; Cell: (516) 455-6873
                            Fax: (212) 591-6343