```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK    LEAD CASE: 04 Civ. 7922 (KMK)(JCF)
- - - - - - - - - - - - - - - - - - :
SARAH COBURN,                        : 05 Civ. 7623 (KMK) (JCF)   DOCKET
JEFFREY PHILLIPS,                    : 05 Civ. 7624 (KMK) (JCF)   IN THESE
EMILY SLOAN,                         : 05 Civ. 7668 (KMK) (JCF)   7 CASES
SANDRA GALITZER,                     : 05 Civ. 7669 (KMK) (JCF)
BETTY BASTIDAS,                      : 05 Civ. 7670 (KMK) (JCF)
LASHLEY CARNEY,                      : 05 Civ. 7672 (KMK) (JCF)
NIKOLIS SIKELIANOS,                  : 05 Civ. 7673 (KMK) (JCF)
                                     :
            Plaintiffs,              :         O R D E R
                                     :
      - against -                    :
                                     :
THE CITY OF NEW YORK, et al.,        :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/07

    Plaintiffs having moved to compel the Hudson River Park Trust ("HRPT") to provide full responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents, it is hereby ORDERED as follows:

    1. Plaintiffs' application is denied. The discovery requests at issue are wildly overbroad, and the Court declines to rewrite them.

    2. This determination does not excuse the cavalier manner in which HRPT responded to the discovery requests.

    3. Plaintiffs may propound a new set of document requests (not interrogatories) directed toward discovering the defendants' knowledge of hazardous conditions at Pier 57 at or around the time of the Republican National Convention. Defendants shall respond promptly, raising any substantive objections and producing all documents responsive to requests not objected to.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         January 26, 2007

Copies mailed this date:

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, New York  10022

Curt P. Beck, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007