UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SARAH COBURN, et al.

           **ORDER**

Plaintiffs,
    -versus-           **ECF CASES**

THE CITY OF NEW YORK, et al.    05 CV 7623 (KMK) (JCF)

Defendants.
------------------------------------------------------------x
JEFFREY PHILLIPS, et al.
Plaintiffs,
    -versus-           05 CV 7624 (KMK) (JCF)
THE CITY OF NEW YORK, et al.
Defendants.
------------------------------------------------------------x
HEIKE JARICK,
Plaintiff,
    -versus-           05 CV 7626 (KMK) (JCF)
THE CITY OF NEW YORK, et al.
Defendants.
------------------------------------------------------------x
GWYNN GALITZER,
Plaintiff,
    -versus-           05 CV 7669 (KMK) (JCF)
THE CITY OF NEW YORK, et al.
Defendants.
------------------------------------------------------------x
NIKOLAS SIKELIANOS,
Plaintiff,           05 CV 7673 (KMK) (JCF)
    -versus-
THE CITY OF NEW YORK, et al.
Defendants.
------------------------------------------------------------x
BETTY BASTIDAS, et al.
Plaintiffs,           05 Civ. 7670 (KMK)(JCF)
    -versus-
THE CITY OF NEW YORK, et al.
Defendants
------------------------------------------------------------x
EMILY SLOAN, et al.
Plaintiffs,           05 Civ. 7668 (KMK) (JCF)
    -versus-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/07

```
THE CITY OF NEW YORK, et al.
                    Defendants.
------------------------------------------------------------- x
LASHLEY CARNEY, et al.
    Plaintiffs,                              05 Civ. 7672 (KMK) (JCF)
        -versus-
THE CITY OF NEW YORK, et al.
                    Defendants.
------------------------------------------------------------- x
UDO DRESCHER,

    Plaintiff,                               05 Civ. 7541 (KMK) (JCF)
        -versus-
THE CITY OF NEW YORK, et al.
                    Defendants.
------------------------------------------------------------- x

ALL CONSOLIDATED RNC CASES

------------------------------------------------------------- x
```

      Upon application by plaintiffs' counsel in the above-captioned actions, it is hereby ORDERED that the document entitled Defendants' Reply Memorandum Objecting to the Magistrate Judge's Order Requiring the Destruction of Litigation Files, that is presently docketed as Number 158 on the ECF docket in the case of Schiller, et al. v. City of New York, et al., 04 Civ. 7922 (KMK)(JCF), and as Document #84 on the ECF docket in the case of Abdell, et al. v. City of New York, et al., 05 Civ. 8453 (KMK)(JCF), that was filed by counsel for defendants on Friday, February 23, 2007, shall be permanently deleted from the public docket in those actions and deleted from the public docket of any other Republican National Convention (RNC) case consolidated therewith for discovery purposes in which it has been filed.

      Counsel for defendants shall re-file the document using the ECF system with footnote number 1 redacted, and shall file the unredacted document under seal pursuant to the requirements of Protective Order #1 (signed by Magistrate Judge James C. Francis IV on October 4, 2005) in the RNC cases.

Dated: New York, NY
       February 26, 2007

                                      HON. KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE