UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/07

---

COBURN, ET AL.,

                Plaintiffs,

   -v-

CITY OF NEW YORK, ET AL.,

                Defendants.

Case No. 05-CV-7623 (KMK) (JCF)

---

PHILLIPS, ET AL.,

                Plaintiffs,

   -v-

CITY OF NEW YORK, ET AL.,

                Defendants.

Case No. 05-CV-7624 (KMK) (JCF)

---

SLOAN, ET AL.,

                Plaintiffs,

   -v-

CITY OF NEW YORK, ET AL.,

                Defendants.

Case No. 05-CV-7668 (KMK) (JCF)

| | |
|---|---|
| GALITZER, ET AL.,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                    Defendants. | Case No. 05-CV-7669 (KMK) (JCF) |
| BASTIDAS, ET AL.,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                    Defendants. | Case No. 05-CV-7670 (KMK) (JCF) |
| CARNEY, ET AL.,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                    Defendants. | Case No. 05-CV-7672 (KMK) (JCF) |

| | |
|---|---|
| SIKELIANOS, ET AL., <br><br> Plaintiffs, <br><br> -v- <br><br> CITY OF NEW YORK, ET AL., <br><br> Defendants. | Case No. 05-CV-7673 (KMK) (JCF) |
| JARICK, ET AL., <br><br> Plaintiffs, <br><br> -v- <br><br> CITY OF NEW YORK, ET AL., <br><br> Defendants. | Case No. 05-CV-7626 (KMK) (JCF) |
| DRESCHER, ET AL., <br><br> Plaintiffs, <br><br> -v- <br><br> CITY OF NEW YORK, ET AL., <br><br> Defendants. | Case No. 05-CV-7541 (KMK) (JCF) <br><br> <u>ORDER</u> |

KENNETH M. KARAS, District Judge:

    IT IS HEREBY ORDERED that Jeffrey A. Rothman and Jeffrey A Dougherty shall appear for a conference to address issues related to Protective Order #1 on April _20_, 2007, at _3:15_ a.m./(p.m.) in the United States Courthouse for the Southern District of New York,

Courtroom 21D, 500 Pearl Street, New York, New York

SO ORDERED.

Dated:      April 17, 2007
            New York, New York

                                        _____
                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE