```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```
| | |
|---|---|
| BETTY BASTIDAS, et al. | **05 Civ. 7670 (KMK)(JCF)** |
| RANDY XU, et al. | **05 Civ. 7672 (KMK) (JCF)** |
| EMILY SLOAN, et al. | **05 Civ. 7668 (KMK)(JCF)** |
| GWYNN GALITZER, | **05 Civ. 7669 (KMK)(JCF)** |
| NIKOLAS SIKELIANOS, | **05 Civ. 7673 (KMK)(JCF)** |
| Plaintiffs, | **ECF CASE** |

-against-

THE CITY OF NEW YORK, et al.

Defendants.
----------------------------------------------------------------X

**DECLARATION OF JEFFREY ROTHMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER PERMITTING PLAINTIFFS IN THE <u>BASTIDAS, ET AL.</u> CASE TO FILE A SECOND AMENDED COMPLAINT, PERMITTING PLAINTIFFS IN THE <u>XU, ET AL.</u> CASE TO FILE A SECOND AMENDED COMPLAINT, PERMITTING PLAINTIFFS IN THE <u>SLOAN, ET AL.</u> CASE TO FILE A SECOND AMENDED COMPLAINT, PERMITTING PLAINTIFF GWYNN GALITZER TO FILE A SECOND AMENDED COMPLAINT IN THE <u>GALITZER</u> CASE, AND PERMITTING PLAINTIFF NIKOLAS SIKELIANOS TO FILE A FIRST AMENDED COMPLAINT IN THE <u>SIKELIANOS</u> CASE.**

Jeffrey Rothman, an attorney duly admitted to practice in this Court, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am counsel for plaintiffs in the above captioned actions and submit this declaration in support of Plaintiffs' motion for for an order permitting plaintiffs in the <u>Bastidas, et al.</u> case to file a Second Amended Complaint, permitting plaintiffs in the <u>Xu, et al.</u> case to file a Second Amended Complaint, permitting plaintiffs in the <u>Sloan, et al.</u> case to file a Second Amended Complaint, permitting plaintiff Gwynn Galitzer to file a s Second Amended Complaint in the <u>Galitzer</u> case, and permitting plaintiff Nikolas Sikelianos to file a First Amended

Complaint in the <u>Sikelianos</u> case.

  2.  The following exhibits, cited in support of plaintiffs' motion for leave to amend, are attached hereto:

**Exhibit A** Proposed First Amended Complaint in <u>Bastidas</u> (a version with red "track changes" is included along with the final version for the Court's convenience)

**Exhibit B** Proposed Second Amended Complaint in <u>Xu</u> (a version with red "track changes" is included along with the final version for the Court's convenience);

**Exhibit C** Proposed First Amended Complaint in <u>Sloan</u> (a version with red "track changes" is included along with final version for the Court's convenience);

**Exhibit D** Proposed First Amended Complaint in <u>Galitzer</u> (a version with red "track changes" is included along with final version for the Court's convenience);

**Exhibit E** Proposed First Amended Complaint in <u>Sikelianos</u> (a version with red "track changes" is included along with final version for the Court's convenience);

Dated: New York, New York
    August 31, 2007

                _____/S/_____
                JEFFREY A. ROTHMAN, Esq.
                (JR-0398)
                315 Broadway, Suite 200
                New York, New York 10007
                (212) 227-2980
                Attorney for Plaintiffs

TO: MICHAEL CARDOZO
   Corporation Counsel of the
   City of New York
   100 Church Street
   New York, New York 10007
   Attn: James Mirro, Esq. (by email)
      Fred Weiler, Esq. (by email)
      Jeffrey Dougherty, Esq. (by email)

   *Attorneys for Defendants*