

**MEMO ENDORSED**

04 CIV 7922 (KMK)
(JCF) LEAD CASE

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY C. BROOKS
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Telephone: (212) 788-9736
Facsimile: (212) 788-9776
jbrooks@law.nyc.gov

October 4, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/07

**BY FACSIMILE**
The Honorable James C. Francis IV
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street – Room 1980
New York, New York 10007

Re:  *Coburn, et al. v. City of New York, et al.*, 05 Civ. 7623 (RJS) (JCF);
     *Phillips, et al. v. City of New York, et al.*, 05 Civ. 7624 (RJS) (JCF);
     *Sloan, et al. v. City of New York, et al.*, 05 Civ. 7668 (RJS) (JCF);
     *Galitzer v. City of New York, et al.*, 05 Civ. 7669 (RJS) (JCF);
     *Carney, et al. v. City of New York, et al.*, 05 Civ. 7672 (RJS) (JCF);
     *Sikelianos v. City of New York, et al.*, 05 Civ. 7673 (RJS) (JCF);

DOCKET IN ALL CASES

Dear Judge Francis:

I am an Assistant Corporation Counsel representing the defendants in the above-referenced actions. I write to request a one week extension of time for submission of defendants' reply to Jeffrey Rothman's Oct. 2, 2007 letter in opposition to defendants' motion to dismiss. The current briefing schedule requires defendants to reply on Friday, Oct. 5, 2007. However, Mr. Rothman's Oct. 2, 2007 letter was substantially longer than anticipated by defendants when the request for an expedited briefing schedule was made. In light of Mr. Rothman's detailed submission, defendants need additional time in which to closely review discovery responses provided by Mr. Rothman in order to verify the accuracy of his response. Defendants attempted to contact plaintiffs' counsel to request consent for this extension, but have not been able to reach him.

Respectfully submitted,

Jeffrey C. Brooks

CC:  Jeffrey A. Rothman, Esq. (via facsimile)
     Tonya Jenerette, Special Assistant Corporation Counsel

10/5/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ