


**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ODILE FARRELL**
*Special Assistant Corporation Counsel*
Room 3-170d
Telephone: (212) 442-8678
Facsimile: (212) 788-9776
ofarrell@law.nyc.gov

April 3, 2008

**VIA FACSIMILE**
The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

Re: **Sloan, et al. v. City of New York, et al.**, 05 CV 7668 (RJS) (JCF)

Dear Judge Francis:

Defendants write to respectfully request clarification of the Court's Order of March 28, 2008, in the above referenced matter. The March 28, 2008 Order is attached hereto.

Defendants' January 22, 2008 motion sought the dismissal of Plaintiff Emily Sloan's emotional distress claims on two grounds 1) for her refusal to execute releases for her mental health records, and 2) for her refusal to provide releases for her arrest records. Paragraph 1 of the March 28, 2008 Order dismisses Plaintiff Sloan's emotional distress claims for failing to execute releases for her relevant mental health records, but Paragraph 3 of the Order states that Defendants application to dismiss Plaintiff Sloan's emotional distress claims are denied and orders Plaintiff Sloan to produce releases for her arrest records by April 15, 2008.

Defendants ask the Court to modify Paragraph 3 of the March 28, 2008 Order by removing the first instance of Emily Sloan's name in that paragraph, which will make clear that her emotional distress claims are dismissed and that she is obligated to produce the releases for her arrest records.

Respectfully submitted,

*Odile Farrell*

Odile Farrell

Enclosure

4/3/08

Application granted in part. Ms. Sloan's emotional distress claims are dismissed per paragraph 1 of the March 28, 2008 Order. However, as a consequence, her RNC arrest records are no longer relevant, and the releases need not be produced.
SO ORDERED.
*James C. Francis IV*
USMJ

cc: Jeffrey Rothman, Esq. (w/ enclosure) (via facsimile and email)