**Jeffrey A. Rothman**
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

April 14, 2008

BY HAND
Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

    Re:    <u>Galitzer v. City of New York, et al.</u>, 05 Civ. 7669 (RJS) (JCF);
            <u>Xu, et al. v. City of New York, et al.</u>, 05 Civ. 7672 (RJS) (JCF);
            <u>Coburn, et al. v. City of New York, et al.</u>, 05 Civ. 7623 (RJS) (JCF);
            <u>Sloan, et al. v. City of New York, et al.</u>, 05 Civ. 7668 (RJS) (JCF);

Dear Judge Sullivan:

      On Friday, April 11, 2008 I electronically filed Plaintiffs' Objections, Pursuant to Fed.R.Civ.P.72, to Magistrate Judge Francis' March 27 and 28, 2008 Orders Dismissing Four Plaintiffs' Claims for Emotional Distress in the above-captioned consolidated RNC cases, and delivered a courtesy copy to chambers.

      Those Rule 72 Objections are actually on behalf of *five*, not four, plaintiffs in the above-captioned cases, but I inadvertently omitted reference to plaintiff Randy Xu in the <u>Xu</u> case, whose emotional distress claims were dismissed in paragraph 5 of Judge Francis' March 27, 2008 Order in <u>Xu</u> that was annexed as part of Exhibit A to Plaintiffs' Objections.

      Plaintiffs respectfully request that plaintiff Randy Xu's Objections to Judge Francis' March 27, 2008 Order in <u>Xu</u> also be considered along with those of the other four objecting Plaintiffs as part of Plaintiffs' April 11, 2004 Rule 72 Objections.

      I thank the Court for its consideration in this matter, and apologize for any confusion or inconvenience associated herewith.

Respectfully submitted,

Jeffrey A. Rothman
[JR-0398]

Enc.

cc: Special Assistant Corporation Counsel Fred Weiler, Esq. (by email - without enclosure)
Special Assistant Corporation Counsel James Mirro, Esq. (by email - without enclosure)

SO ORDERED
Dated: 4/15/08

RICHARD J. SULLIVAN
U.S.D.J.