**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

**EMILY SLOAN**, *et al.*,

                                                    **Plaintiffs,**

                                                                        **NOTICE OF APPEARANCE**

            **-against-**

**THE CITY OF NEW YORK,** *et al.*,                    05 Civ. 7668 (KMK)(JCF)

                                                    **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Tonya Jenerette**, Senior Corporation Counsel, hereby appears

as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York,

attorney for defendants the City of New York, Michael Bloomberg, Raymond Kelly, Stephen

Hammerman, Thomas P. Doepfner, Daniel Albano, Kerry Sweet, Joseph Esposito, Thomas Graham,

Jack McManus, Bruce Smolka, Terence Monahan, John S. Colgan, Anthony Bologna, Keith Morse,

Timothy Cai, Vincent Fortunato, Neil Rodriguez, Jean Vergin, and the Hudson River Park Trust

(HRPT).


Dated: New York, New York
        July 14, 2008,

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                                Attorney for Defendants City of New
                                        York, Hudson River Park Trust (HRPT), et. al.
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-9736


                                        By:    _____/s/_____
                                                Tonya Jenerette (TJ 7276)
                                                Senior Corporation Counsel
                                                Special Federal Litigation Division