

**MEMO ENDORSED**

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ALEXIS L. LEIST
*Assistant Corporation Counsel*
Room 3-153
Telephone: (212) 788-0971
Facsimile: (212) 788-9776
aleist@law.nyc.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

August 15, 2008

**BY FACSIMILE**

The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

Re:  Bastidas, et al, v. City of New York, et al., 05 CV 7670 (RJS) (JCF)
     Banno v. City of New York, et al., 06 CV 2270 (RJS) (JCF)
     Coburn, et al., v. City of New York, et al., 05 CV 7623 (RJS) (JCF)
     Cohen v. City of New York, et al., 05 CV 6780 (RJS) (JCF)
     Concepcion v. City of New York, et al., 05 CV 8501 (RJS) (JCF)
     Conley v. City of New York, et al., 05 CV 10024 (RJS) (JCF)
     Dudek v. City of New York, et al, 04 CV 10178 (RJS) (JCF)
     Galitzer v. City of New York, et al., 05 CV 7669 (RJS) (JCF)
     Grosso v. City of New York, et al., 05 CV 5080 (RJS) (JCF)
     Jusick v. City of New York, et al., 07 CV 7683 (RJS) (JCF)
     Lee v. City of New York, et al., 05 CV 5528 (RJS) (JCF)
     MacNamara, et al. v. City of New York, et al., 04 CV 9216 (RJS) (JCF)
     Manders, et al. v. City of New York, et al., 07 CV 7752 (RJS) (JCF)
     Phillips, et al. v. City of New York, et al., 05 CV 7624 (RJS) (JCF)
     Portera, et al. v. City of New York, et al., 05 CV 9985 (RJS) (JCF)
     Rechtshaffer v. City of New York, et al., 05 CV 9930 (RJS) (JCF)
     Rigby v. City of New York, et al., 07 CV 7751 (RJS) (JCF)
     Sikelianos v. City of New York, et al., 05 CV 7673 (RJS) (JCF)
     Sloan, et al. v. City of New York, et al., 05 CV 7668 (RJS) (JCF)
     Xu, et al. v. City of New York, et al., 05 CV 7672 (RJS) (JCF)

*[Handwritten annotation:]* Docket in all cases
Lead case 04CV7922 (RJS) (JCF)

Dear Judge Francis:

    As discussed at the court conference before Your Honor on Friday, August 8, 2008, defendants respectfully request that the Court enter an Order permitting defendants to file their letter applications and replies regarding non-party witnesses in all twenty of the above-captioned cases via ECF.

                                           Respectfully submitted,

                                           Alexis L. Leist

cc:       Jeffrey Rothman, Esq.  (via e-mail all counsel)
            Rachel Kleinman, Esq.
            James Meyerson, Esq.
            Jeffrey E. Fogel, Esq.
            Karen Wohlforth, Esq.
            Robert Finkelstein, Esq.
            Jonathan Moore, Esq.
            Clare Norins, Esq.

*[Handwritten:]* 9/2/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ